JMK:WK/MEB
F. #2016R00481

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
CLERK

2017 SEP -8 PM 4: 23

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

NOTICE OF MOTION

Criminal Docket No.

CR 17 00497

VITALIANO, J.

MANN, M.J.

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           September 8, 2017

                                      BRIDGET M. ROHDE
                                      Acting United States Attorney
                                      Eastern District of New York
                                      Attorney for Plaintiff
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

                         By:    /s/
                                      Whitman G.S. Knapp
                                      Mark E. Bini
                                      Assistant United States Attorneys
                                      (718) 254-8761

Cc:    Clerk of the Court
        Defense Counsel (by email)