AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  17-cr-497 (ENV) |
| John Doe | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendant, John Doe.

Date: 09/20/2017

*Attorney's signature*

Jonathan Lenzner (NY #4283164)
*Printed name and bar number*

The Lenzner Firm, P.C.
815 Connecticut Avenue, N.W.; Suite 730
Washington, D.C. 20006
*Address*

JLenzner@LenznerFirm.com
*E-mail address*

(202) 789-7620
*Telephone number*

(202) 789-7680
*FAX number*