UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

------------------------------------------------------X

TO: Opposing Counsel
Mark Bini
U.S. Attorney's Office – Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

*[Stamped: FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ SEP 22 2017 ★ BROOKLYN OFFICE]*

*[Handwritten: Received 9/22/17]*

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 9/20/17

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Eastern and Southern Districts of New York for an Order allowing the admission of movant, a member of The Lenzner Firm, P.C. and a member in good standing of the bars of the State of New York and of the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for the Defendant in *United States v. John Doe*, 17-cr-497 (ENV). There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Dated: September 18, 2017

[signature]
Signature of Movant
Jonathan F. Lenzner
The Lenzner Firm, P.C.
815 Connecticut Avenue, N.W.; Suite 730
Washington, D.C. 20006
jlenzner@lenznerfirm.com
(202) 789-7620

**Application Granted**
SO ORDERED
Brooklyn,

United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

AFFIDAVIT OF JONATHAN LENZNER
IN SUPPORT OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*
U.S. v. John Doe, 17-cr-497 (ENV)

-------------------------------------------------------X

Jonathan Lenzner, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm The Lenzner Firm, P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of New York and of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant John Doe.

Dated: September 18, 2017

_____
Signature of Movant
Jonathan F. Lenzner
The Lenzner Firm, P.C.
815 Connecticut Avenue, N.W.; Suite 730
Washington, D.C. 20006
jlenzner@lenznerfirm.com
(202) 789-7620



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jonathan Falk Lenzner** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **27 th** day of **April 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on September 15, 2017.

*Aprilanne Agostino*
Clerk of the Court



# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JONATHAN FALK LENZNER

was on **FEBRUARY 8, 2016** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **September 15, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk