IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Joe Doe, | Case No.: 17-cr-497 (ENV) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Defendant John Doe, through his undersigned counsel, hereby respectfully moves this Court for leave to withdraw as counsel, and in support of this Motion says:

1. On September 22, 2017, the defendant pleaded guilty to a one count Information. A sentencing hearing in this matter has not yet been scheduled.

2. Undersigned counsel recently accepted a position to rejoin the federal government, and therefore must withdraw as court-appointed counsel from any criminal matter. For this reason, undersigned counsel is seeking leave to withdraw as counsel on this matter. Counsel has discussed his employment plans with the defendant, who has requested that undersigned Counsel's partner at The Lenzner Firm, P.C., Arun Rao, represent defendant. Mr. Rao will file a notice of appearance.

WHEREFORE, the defendant John Doe respectfully requests that this Court enter an order granting the Motion to Withdraw Mr. Lenzner as counsel, removing Mr. Lenzner from the Court's electronic filing notification system for this action, and authorize Arun Rao to be appointed to represent the defendant in this matter.

-2-

Dated: August 15, 2018                                    Respectfully submitted,

                                                          By: _____
                                                                Jonathan F. Lenzner

                                                          JONATHAN LENZNER (#18042)
                                                          THE LENZNER FIRM, P.C.
                                                          815 Connecticut Avenue, N.W.
                                                          Suite 730
                                                          Washington, D.C. 20006
                                                          Telephone: (202) 789-7620
                                                          JLenzner@lenznerfirm.com